DANIHY et al., Respondents, v. BLUMEN-STEIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Anna Danihy and others against Minerva Stein Blumenstein and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

DASHBY, Appellant, v. DASHBY, Respondent. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Lillian Dashby against Herbert Dashby. No opinion. Interlocutory judgment and order denying plaintiff's motion for a new trial reversed, with costs of this appeal to the appellant, and a jury trial directed of the issues arising upon defendant's counterclaim. See, also, 147 N. Y. Supp. 1106.

DEAN, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Jay Dean against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held; first, that the statements and conduct of the defendant's foreman toward the plaintiff after his injury, were improperly received; second, that the verdict rendered was excessive, and that the conduct of the plaintiff's counsel upon the trial was grossly improper and tended to create passion and prejudice in the minds of the jurors and to increase the amount of their verdict.

DEEGAN, Appellant, v. NEWTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by John Deegan, an infant, etc., against Homer C. Newton. No opinion. The appellant has failed to show any merits, as required by the special rule of this court adopted January, 1910. See, also, Schorr v. Weisfeld, 147 N. Y. S. 477, decided May 8, 1914. Decision of the motion held for one week for the presentation of proper papers. See, also, 147 N. Y. Supp. 1106; 148 N. Y. Supp. 1112.

DEEGAN, Appellant, v. NEWTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by John Deegan, an infant, by Bridget M. Deegan, his guardian ad litem, against Homer C. Newton. No opinion. Appeal withdrawn on consent. See, also, 148 N. Y. Supp. 1112.

DEICHES v. WESTERN DEVELOPMENT CO. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Maurice Deiches, as receiver, against the Western Development Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 146 N. Y. Supp. 1088.

DELETANG, Respondent, v. JOSEPH L. SIGRETTO & CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Gustav Deletang against Joseph L. Sigretto & Company. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

DEL GENOVESE, Appellant, v. DEL GENOVESE, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Fidalma Del Genovese, as administratrix, etc., against Alfredo Del Genovese. No opinion. Motion granted, on condition that the appellant apply at the Special Term within 10 days, and pay $10 costs. See, also, 148 N. Y. Supp. 1112.

DEL GENOVESE, Appellant, v. DEL GENOVESE, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Fidalma Del Genovese, as administratrix, etc., against Alfredo Del Genovese. No opinion. Motion to resettle order granted. See, also, 149 App. Div. 266, 133 N. Y. Supp. 765; 148 N. Y. Supp. 1112.

DEL GENOVESE, Appellant, v. DEL GENOVESE, Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Fidalma Del Genovese, as administratrix, etc., of Virgillio Del Genovese, deceased, against Alfredo Del Genovese.

PER CURIAM. We think that, during the time of the lease taken by plaintiff's husband, the decedent, his status was such as to justify a demand in equity for an accounting in equity. The judgment is therefore reversed, and a new trial is granted, costs to abide the final award of costs, with leave to plaintiff to apply at Special Term for any amendment of her complaint that she may be advised is proper. See New York & Brooklyn Ferry Co. v. Moore, 18 Abb. N. C. 106; Marvin v. Brooks, 94 N. Y. 71; Parker v. Pullman Co., 36 App. Div. 208, 56 N. Y. Supp. 734. See, also, 148 N. Y. Supp. 1112.

DERMOTT, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Henry S. Dermott, as sole executor, etc., against the State of New York. No opinion. Order affirmed, without costs.

DESSAR v. HIRSCH. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Leo C. Dessar against Charles S. Hirsch. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1107.

DIEGUARDI, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Francesco Dieguardi against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DI MENNA, Respondent, v. COOPER & EVANS CO., Appellant et al. (Supreme Court, Appellate Division, First Department. June 19,